# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| Norberto ALANIZ JR | ) Case No. |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 30, 2021 in the county of Webb in the Southern District of Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 United States Code, Section 1324 | Did knowingly transport and move, attempt to transport and move, and conspire to transport and move within the United States by means of transportation and otherwise, an alien who had come to, entered, and remained in the United States in violation of law in furtherance of such violation, for the purpose of commercial advantage and private financial gain. |

This criminal complaint is based on these facts:

See attachment "A".

☑ Continued on the attached sheet.

/S/ Taiwan Dowd
*Complainant's signature*

Taiwan Dowd, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/04/2021

*Judge's signature*

City and state: Laredo, Texas    Christopher Dos Santos, U.S. Magistrate Judge
*Printed name and title*

Attachment A

1. On September 30, 2021, a Border Patrol Agent (BPA) was working his assigned duties at the primary inspection lane of the Laredo North Border Patrol Checkpoint located at the 29-mile marker of Interstate Highway (IH-35) north of Laredo, Texas. At approximately 1:20 p.m., a white in color Ford F250 approached for an immigration inspection. The only occupant in the vehicle was a male driver, later identified as, Norberto ALANIZ JR.

2. BPAs asked ALANIZ JR if he was a United States Citizen, and he replied "yes". As ALANIZ JR began driving away from the primary inspection area, a BPA canine handler advised his canine was alerting to the vehicle. ALANIZ JR was directed to stop his vehicle and place it in park. ALANIZ JR complied with the request. Upon further inspection, the BPA canine handler advised there were several subjects concealed in a compartment in the bed of the truck. This compartment was covered with several large tires. BPAs removed the keys to ALANIZ JR'S vehicle and placed him under arrest.

3. Upon opening the hidden compartment, six subjects were located. The subjects were sweating profusely due to being in the confined space. All subjects freely admitted to being citizens of Mexico with no legal right to be or remain in the United States. BPAs contacted Homeland Security Investigations (HSI) Special Agents (SAs) for investigative assistance with the case.

4. HSI SAs responded to the United States Border Patrol (USBP) Checkpoint near the 29-mile marker of IH-35 north of Laredo, Texas and conducted post-arrest interviews. HSI SAs advised ALANIZ JR of his Miranda warnings, to which he freely waived and agreed to speak to HSI SAs without a lawyer present.

5. ALANIZ JR stated his friend (hereinafter referred to as TARGET 1) in Nuevo Laredo, Mexico offered him a job in Laredo, Texas. ALANIZ JR stated on September 30, 2021, he crossed into Laredo from Nuevo Laredo (where he resides) and waited at the plaza for TARGET 1's friend, (hereinafter referred to as TARGET 2), to pick him up. ALANIZ JR stated after TARGET 2 picked him up, they went to a fast-food restaurant to grab food before heading to the location of the utility truck which was located near State Highway 359.

6. ALANIZ JR stated he was going to be paid between $150 and $200 United States Dollars to drive the utility truck to a rest stop on IH-35 near mile marker 56 and assist a pick-up truck owner with changing their flat tire.

7. ALANIZ JR denied having prior contact or communications with TARGET 2. ALANIZ JR stated the last communication he had with TARGET 1, was on September 29, 2021, in the evening.

8. Eric DIAZ-Medina, and Antonio de Jesus GARCIA-Juarez are both Mexican nationals. Both admitted to illegally entering the United States by crossing the Rio Grande River, at various times, to be smuggled to various cities within the United States for various amounts of money and will be held as material witnesses in this case.