United States District Court
Southern District of Texas
**ENTERED**
October 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | CASE NO. 5:21-MJ-02194 |
| **NORBERTO ALANIZ, JR.** | § § | |

### ORDER TO DISMISS CRIMINAL COMPLAINT
### AND RELEASE MATERIAL WITNESSES

Upon consideration of Government's Motion to **DISMISS**, it is hereby ORDERED that the **Criminal Complaint** in the above-styled and numbered cause be **DISMISS** without prejudice as to Defendant, **NORBERTO ALANIZ, JR.,** in the interest of justice.

IT IS FURTHER ORDERED that the United States Marshal release from custody the following material witnesses:

1. ANTONIO DE JESUS GARCIA-JUAREZ - USMS 67831-509
2. ERIC PABLO DIAZ-MEDINA        - USMS 67824-509

IT IS FURTHER ORDERED that the Clerk of the United States District Court deliver a copy of this Order to the United States Marshal for the Southern District of Texas.

DONE at Laredo, Texas, this 21st day of October, 2021.

UNITED STATES MAGISTRATE JUDGE
DIANA SONG QUIROGA